# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIRK ANTHONY BOTTS,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CV3026 |
| | ) | |
| V. | ) | |
| | ) | |
| **CITY OF LINCOLN NEBRASKA, and** | ) | ORDER |
| **PHILLIP TRAN, in his official capacity,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED March 9, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**